IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2016 OCT 19 P 2: 19
US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| Danping Li, | )<br>)<br>) |
|     Plaintiff *pro se* | )<br>) |
| vs. | )<br>) |
| Imagineers, LLC.,<br>Scalzo Property Management, Inc.,<br>Lantern Park Condominium Association, Inc.,<br>Brookside of Middlebury Association, Inc.<br>John Doe 1, John Doe 2, John Doe 3,<br>John Doe 4, John Doe 5, John Doe 6,<br>John Doe 7, John McGrath, Kathy Bianco,<br>Bree Mugavin, Ken Rank and Jon Brower | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
|     Defendants | )<br>) |

Civil Action No.: 3:16-CV-00833-MPS

## PLAINTIFF'S RESPONSE TO OEDER TO SHOW CAUSE

The Court issued an ORDER TO SHOW CAUSE by November 10, 2016. The Court particularly pointed out the lack of email address from the Plaintiff to effectuate Plaintiff's participation in electronic filing.

The complexity of the federal rules and lack of affordable attorneys for federal court practice makes it necessary for the Plaintiff to handle this case on her own while she is learning the rules.

According to Plaintiff's understanding on the progress of the case, it is now up to the defendants to file answers to the complaint in November, 2016, sixty days after waiver of service of process under Rule 4. As a result, the Plaintiff has been waiting for de3fendants' answers. Pro se Plaintiff would like to point out her difficulties in remembering and understanding all the court rules.

With regard to providing an email address, Plaintiff had to consider the spam filter intensity and incidents of being hacked in the past and accessibility among the email addresses she can use and decide now to use the following:

LIULY2006@YAHOO.COM

With the submission of an email address to effectuate e-filing submission, Plaintiff respectfully submits that all issues related to the issuance of order to show cause are resolved.

DATED:   October 17, 2016                                          Respectfully Submitted,

*[signature]*

Danping Li
Plaintiff *pro se*
4 Colonial Court
Middlebury, CT 06762

## CERTIFICATION

I hereby certify that a copy of the foregoing has been sent electronically to counsels of record on this 17th day of October, 2016 to the e-mail addresses at:

jwcannavino@ryandelucalaw.com and
rjarem@morrisonmahoney.com

THE PLAINTIFF, *Pro Se*

_____
Danping Li
4 Colonial Court
Middlebury, CT 06762